UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-14169-CIV-MIDDLEBROOKS/Reid

RICHARD PLATT,

    Petitioner,

v.

SECRETARY OF THE DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report, issued on August 5, 2020. (DE 28). The Report recommends denying Petitioner Richard Platt's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (*Id.*). Petitioner filed Objections to the Report, which were entered on the docket on January 12, 2021. (DE 41).

I have conducted a *de novo* review of the Report, objections, and the record as a whole. Upon review, I agree with Magistrate Judge Reid's conclusions, and find that the reasoning in the Report is accurate and thorough. Further, I find that Movant has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Petitioner's Objections to the Magistrate's Report (DE 41) are **OVERRULED**.

(2) Magistrate Judge Reid's Report (DE 28) is hereby **ADOPTED**.

(3) Petitioner's *pro se* Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 5) is **DENIED.**

(4) A Certificate of Appealability is **DENIED**.

(5) Final judgment will be entered by separate Order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 23rd day of March, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:  Magistrate Judge Lisette Reid;
Counsel of Record;
Richard E Platt
618204
Okeechobee Correctional Institution
Inmate Mail/Parcels
3420 NE 168th Street
Okeechobee, FL 34972
PRO SE